IN THE US DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION JUDICIAL CIRCUIT
COUNTY, ILLINOIS

Case No: 13CV05004
Hearing Date:

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

JPMorgan Chase Bank, N.A. ("JPMC"), certifies under penalty of perjury that with regard to the property of the judgment (Citation Respondent) debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Check one or more of the following and indicate the amount held:

If funds not held, provide reasons:
Memo:

A) Savings Account _____

B) Checking and/or Now Account _____

| Account Number | Amount Held |
|---|---|
| 0527 HERBERT GREENWALD | $22,890.71 |
| 4283 MOTEL LLC | $191.06 |
| 7833 MOTEL LLC | $1,490.33 |

C) Certificate of Deposit _____

D) Money Market Account (Amount held) _____

E) Trust Account (Amount held) _____

F) Safety Deposit Box _____

G) No Accounts _____

H) Adverse Claimant:    Name        Address
                        None        None

I) Wages, Salary or Commissions _____

J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation.

Sub-Total: $24,497.10

Less right of offset for other loans $0.00

**FILED**

Less deduction for fees limited by
205 ILCS 5/48.1  $75.00

NOV 17 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Total: $24,422.10

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant

These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

JOSE HEREDIA

Respondent/ Agent
Business Name: JPMorgan Chase Bank N.A.
Address: P.O. Box 183164 Columbus, OH 43218-3164
Phone: 1-866-578-7022
Fax: 1-866-699-0618

Agent for Citation Respondent

Friday, Nov 14, 2014
Date

DISCLAIMER:
These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant
COAL-14Nov14-3471        COPY OF DOCUMENT        Page 2 of 2
Original Document first stored, re-duplicated and Mailed